# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

LETCHER L. McKENNEY, II

*Plaintiff(s)*
v.

Civil Action No. 5:16-CV-121

PATRICK MIRANDY, Warden

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: Judgment entered at the direction of the Court pursuant to FRCP 58

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is AFFIRMED and ADOPTED; and it is further

ORDERED that Plaintiff's Petition is DENIED; and it is further

ORDERED that this civil action is DISMISSED and STRICKEN from the active docket of this Court; and it is further

ORDERED that plaintiff, having failed to object to the Report and Recommendation, has waived his right to seek appellate review.

Date: 5/23/2018

*CLERK OF COURT*
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*

FILED
MAY 23 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003